# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) __CC41,9080132__     CourtSmart: __MS Teams__     Date: __July 21, 2021__

Present: The Honorable: __Michael R. Wilner__     United States Magistrate Judge

__Terry R. Baker__     __Gregory A. Lesser__     _____     _____
*Deputy Clerk*     *Assistant U.S. Attorney*     *Interpreter*     *Language*

| United States of America v. Gilbert Taveras | Attorney Present for Defendant: Garrett J. Zelen |
|---|---|
| [✓] Present  [ ] Custody  [ ] Bond  [ ] Summons | [✓] Present  [ ] CJA  [✓] Ret'd  [ ] DFPD  [ ] Not Present |

## PROCEEDINGS HAD ON VIOLATION NOTICE

[✓] Defendant arraigned. Informed of charges and rights.

[ ] Defendant filed financial affidavit and is informed of consequences if any false information is given.

[ ] Attorney appointed _____  [ ] DFPD / [ ] PANEL

[ ] Defendant executes a Consent to be Tried by U.S. Magistrate Judge.

[✓] Defendant enters plea of: [✓] Guilty  [ ] Not Guilty  [ ] Nolo Contendere

[✓] Court accepts plea.

[ ] Court orders case continued to: _____ at _____ in Courtroom _____ for _____

[ ] Bail is set at $_____ P/R. [ ] Defendant released.

[✓] Fine imposed. See separate order re: fine.

[ ] On motion of the government, Court orders case dismissed as to citation (s): _____

[ ] Court orders case dismissed.

[ ] Court orders defendant participate in Traffic School, complete same by _____ or appear on _____ in Courtroom _____ before _____

[ ] The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.

[✓] Defendant is notified of the right to appeal sentence.

[✓] Other __The Government agrees that it will not present to the Federal Grand Jury any felony Stowaway charge under Title 18 U.S.C. 2199 in relation to defendant's conduct in this case. The Court orders that the defendant serve a two year term of supervised probation. The Court orders that the defendant can be supervised by U.S. Probation in Atlanta Georgia.__

cc: AUSA

Terry R. Baker
Deputy Clerk

Time in Court: 20 min